UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. PULIDO,<br><br>                Plaintiff,<br>     vs.<br><br>M. LUNES, et al.,<br><br>                Defendants. | 1:14-cv-01174-DAD-EPG-PC<br><br>NOTICE TO PARTIES OF TELEPHONE NUMBER TO USE FOR JOINING THE OCTOBER 17, 2016 TELEPHONIC CONFERENCE |

**<u>PLEASE TAKE NOTICE</u>**

A telephonic discovery status conference is scheduled in this case for October 17, 2016 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.  To join the hearing, each party is directed to call the toll-free telephone number **(888) 251-2909** and use Access Code **1024453**, at **2:00 p.m. on October 17, 2016.**

IT IS SO ORDERED.

Dated:   **August 1, 2016**                         /s/ *Erica P. Grosjean*
                                                                     UNITED STATES MAGISTRATE JUDGE