UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PULIDO,<br><br>                Plaintiff,<br><br>    v.<br><br>M. LOUNES, et al.,<br><br>                Defendants. | 1:14-cv-01174-DAD-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JOSE PULIDO, CDCR # P-32684, AND HIS LEGAL PROPERTY TO SETTLEMENT CONFERENCE<br><br>DATE: September 20, 2016<br>TIME: 10:30 a.m. |

      Jose Pulido, inmate, CDCR #P-32684 a necessary and material witness on his own behalf in a settlement conference in this case on September 20, 2016, is confined at the California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, CA 93212, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on September 20, 2016, at 10:30 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Substance Abuse Treatment Facility**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference.**

      **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **August 25, 2016**                      /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE