UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. PULIDO,<br><br>  Plaintiff,<br><br>  vs.<br><br>M. LOUNES, et al.,<br><br>  Defendants. | 1:14-cv-01174-DAD-EPG-PC<br><br>ORDER VACATING SETTLEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 20, 2016<br>(ECF No. 65.)<br><br>ORDER VACATING AUGUST 24, 2016 AND AUGUST 25, 2016 ORDERS AND WRITS OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE WITNESS JOSE J. PULIDO TO SETTLEMENT CONFERENCE ON SEPTEMBER 20, 2016<br>(ECF Nos. 76, 78.)<br><br>Jose J. Pulido, CDCR# P-32684 |

On July 8, 2016, the Court issued a minute order scheduling a settlement conference for this case on September 20, 2016 at 10:30 a.m. before Magistrate Judge Stanley A. Boone. (ECF No. 65.) On August 24, 2016, the Court issued an Order and Writ of *Habeas Corpus ad Testificandum*, and on August 25, 2016, the Court issued an amended Order and Writ of *Habeas Corpus ad Testificandum*. (ECF Nos. 76, 78.)  Both of the Orders and Writs commanded the Warden of the California Substance Abuse Treatment Facility in Corcoran, California, to transport and produce inmate witness Jose J. Pulido CDCR# P-32684 to

1

Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **September 20, 2016 at 10:30 a.m.** to attend the settlement conference. (ECF Nos. 76, 78.)

To accommodate the Court's schedule, the settlement conference for this case shall be vacated from the Court's calendar, to be continued to a later date by separate order. Therefore, inmate witness Jose J. Pulido, CDCR# P-32684, is no longer needed by the Court as a witness at the September 20, 2016 settlement conference.

**ACCORDINGLY, IT IS ORDERED** that:

1. The settlement conference for this case, scheduled for September 20, 2016 at 10:30 a.m., is **VACATED** from the Court's calendar; and
2. The Court's orders of August 24, 2016 and August 25, 2016, ordering that a Writ of *Habeas Corpus ad Testificandum* issue, and the Writs of *Habeas Corpus ad Testificandum* issued on August 24, 2016 and August 25, 2016, commanding the production of inmate Jose J. Pulido, CDCR# P-32684, **ARE HEREBY VACATED**.

IT IS SO ORDERED.

Dated:   **August 31, 2016**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE