UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. PULIDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. LUNES, et al.,<br><br>　　　　　Defendants. | 1:14-cv-01174-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL (ECF No. 79.)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT<br><br>ORDER VACATING OCTOBER 6, 2016 SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE STANLEY A. BOONE<br><br>**Vacated:<br>Settlement Conference<br>October 6, 2016 at 11:00 a.m.<br>Courtroom #9** |

　　Plaintiff Jose J. Pulido is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 26, 2016, plaintiff filed a motion to appoint counsel.  (ECF No. 79.)  The Court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.  Kristin N. Capritto has been selected from the Court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

A settlement conference for this case is currently scheduled for October 6, 2016 at 11:00 a.m. in Courtroom #9 before Magistrate Judge Stanley A. Boone.  By this order, the October 6, 2016 settlement conference shall be vacated from the Court's schedule, to be rescheduled to a later date.  Sujean Park shall contact the parties to select a new date acceptable to the parties and Magistrate Judge Stanley A. Boone.

Accordingly, IT IS HEREBY ORDERED that:

1. Kristin N. Capritto is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.
2. Kristin N. Capritto's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
4. The settlement conference scheduled for October 6, 2016 before Magistrate Judge Stanley A. Boone is VACATED from the Court's schedule and shall be rescheduled to a later date.
5. The Clerk of the Court is directed to serve a copy of this order upon Kristin N. Capritto, Forester Purcell Stowell PC, 620 Coolidge Dr., Suite 325, Folsom, CA 95630.

IT IS SO ORDERED.

Dated: **September 12, 2016**         /s/ *Erica P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE