UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. PULIDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. LOUNES, et al.,<br><br>　　　　Defendants. | 1:14-cv-01174-DAD-EPG-PC<br><br>ORDER VACATING SEPTEMBER 2, 2016 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE WITNESS JOSE J. PULIDO TO SETTLEMENT CONFERENCE ON OCTOBER 6, 2016<br>(ECF No. 81.)<br><br>Jose J. Pulido, CDCR# P-32684 |

　　　　On September 2, 2016, the Court issued an order scheduling a settlement conference for this case on October 6, 2016 at 11:00 a.m. before Magistrate Judge Stanley A. Boone. (ECF No. 81.) Also on September 2, 2016, the Court issued an Order and Writ of *Habeas Corpus ad Testificandum*, commanding the Warden of the California Substance Abuse Treatment Facility in Corcoran, California, to transport and produce inmate witness Jose J. Pulido CDCR# P-32684 to Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **October 6, 2016 at 11:00 a.m.** to attend the settlement conference. (ECF No. 82.)

　　　　The October 6, 2016 settlement conference is being vacated by a separate order, to better accommodate the parties' schedules, to be rescheduled to a later date. Therefore, inmate

witness Jose J. Pulido, CDCR# P-32684, is no longer needed by the Court as a witness at the October 6, 2016 settlement conference.

**ACCORDINGLY, IT IS ORDERED** that the Court's order of September 2, 2016, ordering that a Writ of *Habeas Corpus ad Testificandum* issue, and the Writ of *Habeas Corpus ad Testificandum* issued on September 2, 2016, commanding the production of inmate Jose J. Pulido, CDCR# P-32684**, ARE HEREBY VACATED**.



IT IS SO ORDERED.

Dated:   **September 12, 2016**              /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE