UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PULIDO,<br><br>    Plaintiff,<br><br>vs.<br><br>M. LOUNES, et al.,<br><br>    Defendants. | 1:14-cv-01174-DAD-EPG (PC)<br><br>ORDER TO FACILITATE TELEPHONE CALL |

Plaintiff is a state prisoner represented by court appointed counsel Kristin Capritto of Forester Purcell Stowell.  Communication between appointed counsel and her client is required to finalize preparations for the settlement conference scheduled in this case.  By this order, the Court directs the Warden and the correctional staff at California Substance Abuse Treatment Facility (CSATF) to facilitate a confidential telephone call between appointed counsel and inmate Jose J. Pulido (P-32684).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, litigation coordinator, and other correctional staff as needed at CSATF, shall facilitate a confidential telephone call between Jose J. Pulido and his attorney.
2. The confidential telephone call shall be placed on Monday, November 14, 2016, to begin at 10:00 a.m. and shall continue, without interruption, for a maximum of 90

1

minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Ms. Capritto at (916) 293-4014.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Pulido under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of CSATF, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (559) 992-7191 and email on the Warden and litigation coordinator at CSATF.

IT IS SO ORDERED.

Dated:   **November 4, 2016**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2