IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE J. PULIDO

        Plaintiff(s)

vs.

M. LUNES, et al.

        Defendants.

No. 1:14-cv-01174 DAD EPG (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, KRISTIN NICHOLE CAPRITTO, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on September 12, 2016, by the Honorable ERICA P. GROSJEAN, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

1. In-person visit with client on October 3, 2016, requiring travel from Sacramento, California, to the California Substance Abuse Treatment Facility at Corcoran State Prison, Corcoran, California (223 miles each direction = 446 miles x 0.54 = $240.84);

2. Travel to Settlement Conference with Majistrate Judge Stanley A. Boone from Sacramento, California to Fresno, California (171 miles each direction = 342 miles x 0.54 = $184.68); and

3. Parking at Settlement Conference on November 18, 2016, totally $10.50 (receipts attached).

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 436.02.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:14-cv-01174 DAD EPG (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of November, 20 16, at Folsom, California.

_____
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 11/22/2016

E. P. G_____
United States District Judge/Magistrate Judge